**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

EASTOWN, INC. and the DIETRICH TRUST,

    Plaintiffs,

v.                                                                    Case No. 04-72977

DEEPER LIFE CHRISTIAN CHURCH, INC., et al.,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFFS'
"MOTION TO COMPEL DEFENDANT JEFFERSON"**

Before the court is Plaintiffs' "Motion to Compel Defendant Jefferson," filed on November 24, 2008. The deadline for filing a response to the motion has passed, and Defendants have filed no opposition brief. *See* E.D. Mich. LR 7.1. The court has reviewed the unopposed motion and finds that the requested relief is appropriate. Accordingly,

IT IS ORDERED that Plaintiffs' "Motion to Compel Defendant Jefferson" [Dkt. # 11] is GRANTED.

IT IS FURTHER ORDERED that Defendant A.B. Jefferson answer Plaintiffs' interrogatories on or before **January 31, 2009**.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: January 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 9, 2009, by electronic and/or ordinary mail.

                                                              s/Lisa G. Wagner  
                                                              Case Manager and Deputy Clerk  
                                                              (313) 234-5522