UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EASTOWN, INC.
AND THE DIETRICH TRUST

    Plaintiffs,

vs.

Case No. 04-72977
Hon. Robert H. Cleland

DEEPER LIFE CHRISTIAN CHURCH, INC.
DEEPER LIFE CHRISTIAN MINISTRIES,
AND BISHOP A.B. JEFFERSON
_____/

## RENEWED ORDER OF DEFAULT JUDGMENT

This Court having issued its Opinion And Order Granting Motion For Order To Renew Civil Judgment; and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED, DECREED AND ADJUDGED** that the Order Of Default Judgment entered by this Court on December 15, 2004 ("Docket No. 20) be and hereby is renewed.

    s/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: December 19, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 19, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522