UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EASTOWN, INC.
AND THE DIETRICH TRUST

    Plaintiffs,

                                                                   Case No. 04-72977

vs.                                                       Hon. Robert H. Cleland

DEEPER LIFE CHRISTIAN CHURCH, INC.
DEEPER LIFE CHRISTIAN MINISTRIES,
AND BISHOP A.B. JEFFERSON

                                                   /

**ORDER GRANTING MOTION FOR ORDER SUBSITUTING BASIL T. SIMON, TRUSTEE AS PARTY PLAINTIFF IN PLACE OF EASTOWN, INC. AND THE DEITRICH TRUST**

This matter having come before the Court upon the Motion For Order Substituting Basil T. Simon, Trustee As Party Plaintiff in Place of Eastown, Inc. and The Dietrich Trust; the Court having reviewed such Motion and having reviewed the reasons set forth therein; and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion is granted in all respects and that Basil T. Simon is hereby substituted as party plaintiff in place of Eastown, Inc. and The Dietrich Trust pursuant to F.R.Civ.P. 25(c).

**IT IS FURTHER ORDERED** that Basil T. Simon, Bankruptcy Trustee of Edgar J. Dietrich, shall be added to the caption of this case as plaintiff in the place and stead of Eastown, Inc. and The Dietrich Trust.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  March 1, 2016


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 1, 2016, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522